UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| GLORIA HARPER, as Personal Representative of the Heirs of Timothy Harper | PLAINTIFF |
| V. | CIVIL ACTION NO. 3:23-CV-3128-KHJ-MTP |
| JACKSON HMA, LLC, d/b/a Merit Health Central, et al. | DEFENDANTS |

ORDER

The parties have announced to the Court a settlement of this case. Although the settlement requires Chancery Court approval, this case need not remain on the Court's active docket while that approval is sought.

IT IS, THEREFORE, ORDERED that this case is dismissed with prejudice as to all parties. If any party fails to seek Chancery Court approval or fails to execute or comply with the settlement agreement, an aggrieved party or parties may reopen the case to enforce the settlement agreement. If successful, all additional attorneys' fees and costs from this date will be awarded to the aggrieved party or parties against the party failing to seek Chancery Court approval or failing to execute or comply with the settlement agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED AND ADJUDGED, this 20th day of February, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE